**RECEIVED**
4/25/24
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

EAST FIFTH STREET, ROOM 540 POTTER STEWART U.S. COURTHOUSE CINCINNATI, OHIO 45202-3988

**Kimberly Grech**

**Pro Se Disabled**

**Domestic Violence Survivor**

  Appellant,

_____           **Re: Case No. 23-1080**,

                              Orig Case No. 5:08-cv-10729 /

                              Appeals: 10-2020 / 09-2369

v

Ford Motor Company

Appellee,

Agent of Legal

 Service: Ms. Lori

 Costew

Appellee

_____/

### *APPELLANT'S ADA RESONABLE ACCOMONDATION FOR SIXTY DAY EXTENSION TO REPLY BRIEF LEAVE OF COURT TO FILE OVER FILE OVER REPLY BRIEF FILING LIMIT*

Now come Appellant Kimberly Grech, a Pro Se Disabled Domestic Violence and Ford Motor Company Salaried Management Retiree filing for the extension of Sixty Days to file her Appellant Reply Brief and Leave of Court of file over the Brief Filing Limit.

Appellant files this Motion for Order in support of her April 24, 2024, Personal Protection Order filed against the Defendant, WellPoint Unicare and law firm Kienbaum Hardy Viviano Pelton Forrest.

The Defendant harassed the Appellant and claimed there is no evidence of harassment or their falsifying or refusing Appellant's vested, earned, eligible and purchased benefits rights and salary. As late as April 2024, the Defendant claimed they caused no harm to the Appellant and refused to decouple themselves from this legal matter regardless of their severe conflicts of interest in this Case. The Defendant, while knowing they caused severe an irreparable harm since June-2005, and then took further actions to harm, harass and terrorize the Appellant in 2009, 2011, 2012, 2013, 2014, 2016, 2017, 2019 and each year thereafter, wrote in April 2024, that no evidence has been supplied after unethically and illegally using their personal, professional, financial and appointed positions to breach the privacy and security accounts of the Appellant and cause her great physical, mental, emotional and psychological harm. The Defendant has arbitrarily and capriciously acted in bad faith and unethically leading to the July 20, 2007, June 3, 2011, heart attacks of the Appellant and 2013, and 2023 suicide attempts.

The lawyers at Kienbaum Hardy Viviano Pelton Forrest refuse to remove themselves and continue to harass the Appellant regardless of their requirement to decouple themselves from their conflicted relationship.

**WHEREFORE, Appellant Kimberly Grech**, hereby respectfully moves this Honorable Court Order a 60 Day Extension to the Due on the Appellant Reply Brief and Leave of Court to the Filing Limit Court to ensure each act of harassment, retaliation, abuse, violation of rights and due process, ERISA, Disability, Wage and Insurance, stalking and terror, and other conflict of interest and volitation are properly presented in

this legal Case: 23-1080, 5:08-cv-10829, 09-2369, 10-2020 and resolved as the conflicted parties removed.

Respectfully Submitted                                                                                     DATE:_April 24, 2024_

Kimberly Grech

Legal Authority
American's with Disability Act
§455. Disqualification of justice, judge, or magistrate judge