No. 23-1080

**FILED**
Feb 26, 2025
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| KIMBERLY GRECH, ) | |
| ) | |
| Plaintiff - Appellant, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| FORD MOTOR COMPANY, ) | |
| ) | |
| Defendant – Appellee. ) | |

On July 29, 2024, the court issued its opinion and judgment in this matter, affirming the district court's order, denying as moot Ford Motor Company's motion to dismiss and Grech's motion to strike the motion to dismiss, and denying Grech's other motions. Grech thereafter filed a motion under the Freedom of Information Act, seeking copies of the case management files and hearing transcripts from July 29, 2024.

The Freedom of Information Act does not apply to the federal courts. *United States v. Alcorn*, 6 F. App'x 315, 316-17 (6th Cir. 2001) ("In the instant case, the district court did not have jurisdiction under FOIA because the federal courts are specifically excluded from FOIA's definition of 'agency.'") (citations omitted). Grech's motion under the Freedom of Information Act is **DENIED**.

Further, Grech's request to opt-out of internet publication under the Michigan Address Confidentiality Program Act is **DENIED**.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_Kelly L. Stephens_
Kelly L. Stephens, Clerk